# PD-0348-15

No. 11-14-00238-CR

IN THE

Court of Appeals

Austin, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

Albert Melvin Piatt

VS.

The State of Texas

FILED IN
COURT OF CRIMINAL APPEALS

MAR 27 2015

Abel Acosta, Clerk

From Appeal No. 11-44-00238-CR

Trial Cause No. 14229

Palo Pinto, County

First motion for Extension of time to File

Petition for Discretionary Review.

To The Honorable Judges of the court of criminal Appeal.
Come Now. Albert melvin Piatt, Petitioner, And files this
motion for an extension of sixty (60) days in which to
file A petition for Discretionary Review. In support of
this motion, Appellant shows the court the following.

I

The Petitioner was convicted in the 11 District court of
Palo Pinto, County, Texas, of the offense. Sex Assault,
in cause No. 11-14-00238-CR, styled state of Texas vs.
Albert melvir Piatt. The Petitioner Appealed to the
Court of Appeals, Supreme Judicial District, The case was
Affirmed on

The present deadline for filing the Petition for Discretionary Review is Albert melvin Piatt. The Petitioner has not requested any extension prior to this request.

## II

Petitioner's request for an extension is based upon the following facts: Petitioner was not informed of the decision of the Court of appeals in Affirming his case until 60 days. Since that time petitioner has been Attempting to gain legal representation in this matter. His Attorney on the Appeal. Mike Siddy has informed Petitioner that he will not represent him on the Petition of Discretionary Review.

## III

Wherefore, Petitioner prays this Court grant this Motion And extend the deadline for filing the Petition for Discretionary Review in case No. 11-14-00238-cR to 14229.

Albert Piatt
Petitioner Pro SE
Albert Piatt #1955398
Tulia N/3 Transfer Unit
4000 Hwy 86 West
Tulia Texas.
79088

Honorable Judges
Eleventh District Court
RE: 11-14-00238-CR

I

I received notice that my appellate attorney filed an Anders brief and was allowed by this court to withdraw from my appeal. I am enclosing a copy of my letter to the court of appeals notifying them that I wish to file a pro se brief or response.

II

By this letter, I am requesting that the appellate record be made available to me so that I may prepare a pro se brief or response to Anders brief.

III

I request that the record (or a copy) be sent to TDCJ-ID so that I may use the writ room on my unit. If the District Clark's copy is sent, I will see that it is returned. If this cannot be arranged, I request that I be bench-warranted back to the county and allowed access to the appellate record and a law library.

Respectfully
Albert M Piatt

Appellant, pro se
Tulia N/3 Transfer Unit #1955398
4000 Hwy 86 West
Tulia, Texas 79088

#132.003 Form of Declaration

I Albert melvin Piatt #1955398 being presently incarcerated in insert Texas Department of Criminal Justice Tulia, Transfer Faciliy Unit, Swisher County, Texas, declare under penalty of perjury that the foregoing is true And Correct. Executed on 20 March 2015

Sincerely Yours

Albert Melvin Piatt

Petitioner, Pro Se

Albert m Piatt
#1955398

Tulia N/3 Transfer Faciliy Unit
4000 Hwy 86 West
Tulia, Texas, 79088



# State Counsel for Offenders

### Texas Department of Criminal Justice
P.O. Box 4005
Huntsville, TX 77342-4005
(936) 437-5203

March 2, 2015

Albert Piatt
TDCJ-ID#1955398
Tulia Unit (N3/066)

Dear Mr. Piatt,

Your attorney filed an Anders Brief on you on October 16, 2014. At that time, he moved to withdraw as your attorney. The court sent you a letter on October 16, telling you that your response needed to be filed on or before November 17, 2014.

My review of your records indicate that you arrived at TDCJ on October 20, 2014. It is possible that you never received the letter from the Court informing you of your deadline. If this is true, I recommend that you file a response to the Court indicating that you were never notified of the Anders Brief or the deadline. You will want to request an extension of time as well as copies of the record in the case.

For some reason, the court has not taken any action to issue a judgment or close your case. This is unusual, but it does indicate that your appeal is still active. I recommend that you move quickly to file your response. Our office will not represent you in this matter.

Thank You,

Walter Nightingale
Staff Attorney – Legal Services
STATE COUNSEL FOR OFFENDERS

WNI/mlt

C:file



**JIM R. WRIGHT**
CHIEF JUSTICE

**MIKE WILLSON**
JUSTICE

**JOHN M. BAILEY**
JUSTICE

# Court of Appeals
## Eleventh District of Texas
100 WEST MAIN STREET, SUITE 300
P. O. BOX 271
EASTLAND, TEXAS 76448
October 16, 2014

**SHERRY WILLIAMSON**
CLERK

TELE: 254/629-2638
FAX: 254/629-2191
sherry.williamson@txcourts.gov
www.11thcoa.courts.state.tx.us

Albert Melvin Piatt
Palo Pinto County Jail
P.O. Box 506
Palo Pinto, TX 76484

Mike Smiddy
PO Box 752
Mineral Wells, TX 76068-0752
* DELIVERED VIA E-MAIL *

Michael K. Burns, District Attorney
Palo Pinto County
P. O. Box 340
Palo Pinto, TX 76484
* DELIVERED VIA E-MAIL *

**RE:** Appellate Case Number: 11-14-00238-CR
Trial Court Case Number: 14229
**Style:** Albert Melvin Piatt
v. The State of Texas

We have this day received and filed Appellant's frivolous appeal brief in the above cause.

We have this same date received and filed Appellant's counsel's motion to withdraw. We will advise you of the Court's action on this motion.

APPELLANT'S PRO SE RESPONSE, IF HE CHOOSES TO FILE ONE, IS DUE IN THIS COURT ON OR BEFORE **November 17, 2014**.

Respectfully yours,

Sherry Williamson, Clerk

By: Johanna Blair, Deputy

cc:   Mike Moore, Judge (DELIVERED VIA E-MAIL)